

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1156.   State ex rel. Tressler v. Indus. Comm.
Franklin App. No. 05AP–654, 2006-Ohio-2449.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### September 18, 2006

[Cite as *09/18/2006 Case Announcements*, 2006-Ohio-4814.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1080.   State ex rel. Yavitch & Palmer Co. L.P.A. v. Jackson.
In Mandamus.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### September 19, 2006

[Cite as *09/19/2006 Case Announcements*, 2006-Ohio-4849.]

## MOTION AND PROCEDURAL RULINGS

2006–1126.   State v. Dean.
Clark C.P. No. 05CR0348. This cause is pending as a death penalty appeal from the Court of Common Pleas for Clark County. Upon consideration of appellant's second motion for an extension of time to transmit the record,

It is ordered by the court that the motion is granted and the time for transmitting the record is extended to October 2, 2006.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1688.   State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.
Cuyahoga App. No. 86263, 2006-Ohio-4273.